THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATOSHA NELSON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-6125 |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI,[1] | : | |
| Acting Commissioner of Social Security | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9TH day of January, 2023, upon review of the brief in support of the request for review filed by Plaintiff, Defendant's response, and Plaintiff's reply (Docs. 14, 21 & 22), as well as the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Request for Review (Doc. 14) is **GRANTED**, the final decision of the Commissioner denying Plaintiff's application is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as Defendant. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).